IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DAMASO LLAMAS CUETO, )
)
Plaintiff, )
)
v. ) CV 314-103
)
STACEY N. STONE, Warden, et al., )
)
Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Samwel from this case.

SO ORDERED this 8th day of December, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff's response to the Report and Recommendation was docketed as an objection, the title of the document, "Plaintiff Will Not Object to the Magistrate Judge's Report and Recommendation," as well as the content of the document, reveals that Plaintiff does not object to the dismissal of Defendant Samwel. (See doc. no. 12.)