IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAMASO LLAMAS CUETO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-103 |
| | ) | |
| STACEY N. STONE and | ) | |
| STACY GILES, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Defendants have moved for summary judgment with respect to the claim by Plaintiff, an inmate at McRae Correctional Facility ("MCF"), of deliberate indifference to his alleged need for surgery to repair an inguinal hernia. (Doc. no. 20.) In support, Defendants assert Plaintiff "has been seen on multiple occasions by a physician's assistant and nursing personnel, as well as a physician." (Id., Ex. C, Giles Decl., ¶ 6.) Defendants also claim that surgery is purely elective and not medically necessary because Plaintiff's hernia has been, and continues to be as of the time the summary judgment motion was filed in August of 2015, stable, reducible with aid of a hernia belt, and alleviated with respect to pain by over-the-counter medication. However, the current summary judgment record specifically references only two medical evaluations of Plaintiff's hernia in the past two years, the first by a physician's assistant upon Plaintiff's arrival at MCF on April 9, 2013, and the second by unidentified medical personnel on June 24, 2014. (Id. ¶¶ 4, 6.)

While the Court recognizes that Plaintiff's complaint alleges problems with medical care in 2014, evidence concerning Plaintiff's current condition is necessary to support the assertion of present stability, reducibility, and manageability of Plaintiff's hernia. Accordingly, the Court hereby **ORDERS** Defendants to supplement the summary judgment record on or before Friday, January 8, 2016, with a report from an examining physician that discusses in detail the current status of Plaintiff's hernia, to include without limitation whether the hernia remains stable, reducible with the aid of a hernia belt, and alleviated with respect to pain by over-the-counter medication.

SO ORDERED this 7th day of December, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA